Morris Hutchinson, Appellant, v. Anna Kernitzky, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of, the Petition of the County of Suffolk for the Purpose of Acquiring the Lands in the Town of Brookhaven, Suffolk County, New York, Required to Lay Out, Widen and Relocate the Highway Known as Horseblock Road, County Road No. 56 and Portion Road, County Road No. 19 (Known as F. A. S. 1133), Part 2. William E. Skillman, Appellant; County of Suffolk, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of Powell Crichton, as Executor, etc., of Archibald R. Gardner, Deceased, for an Order to Discover Personal Property Belonging to Decedent. Powell Crichton, as Executor, etc., of Archibald R. Gardner, Deceased, Appellant; Eugenie R. Gardner, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits Which Were of George Francis Lucey, Deceased. James Francis Lucey, Appellant; Marion Dillon Lucey, as Administratrix, etc., of George Francis Lucey, Deceased, Respondent.— Motion for reargument and for other relief denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Judicial Settlement of the Supplemental Final Account of Proceedings of John M. Lyon, as Executor, etc., of Daniel E. Merritt, Deceased. Alice S. Leal, Appellant, v. John M. Lyon, as Executor, etc., of Daniel E. Merritt, Deceased, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Petition of Carrie B. Quigly to Have a Certain Instrument in Writing Bearing Date May 12, 1939, Relating to Both Real and Personal Property, Proved as the Last Will and Testament of William J. Quigly, Deceased. Dorothy Quigly, Appellant; Carrie B. Quigly, as Executrix Named in the Last Will and Testament of William J. Quigly, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Westchester County Bar Association with Respect to Frank A. Saporito, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.